IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERS WILLIAMS, | No. C-10-04035 EDL |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| PACIFIC MARITIME ASSOCIATION, | |
| Defendant. | |

On February 17, 2011, Plaintiff filed a request to continue the Case Management Conference that is set for February 22, 2011. There is good cause to continue the Case Management Conference based on the representation that a substitution of counsel will occur shortly (but not based on the failure to effect service). The Case Management Conference is continued to April 19, 2011 at 10:00 a.m. A joint Case Management Conference statement shall be filed no later than April 12, 2011.

**IT IS SO ORDERED.**

Dated: February 18, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge