IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERS WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>    Defendant.<br>_____ / | No. C-10-04035 EDL<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE** |

On April 8, 2011, Plaintiff River Williams filed a request to continue the deadlines in this case for sixty days to provide him time to find another lawyer. On April 11, 2011, Plaintiff's counsel of record filed a Notice of Substitution of Counsel, substituting Plaintiff as his own counsel. In light of the change in counsel, the Court grants a short continuance. Thus, the Case Management Conference is continued to May 24, 2011 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA. Case Management Conference statements shall be filed no later than May 17, 2011.

The docket in this case does not reflect whether Defendant has been served with the summons and complaint. If Defendant has not been served, Plaintiff shall do so immediately.

In addition, Plaintiff is strongly encouraged to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal

representation. The Court also urges Plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: April 12, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge